UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

                Plaintiff,

      -against-

PETER CHUWKA OGBUKA; ERIC
GONZALEZ; JUDGE GUY J. MANGANO;
ROSE M. SINGER CORRECTIONAL
FACILITY; DANIELLE DILL,

                Defendants.

25-cv-10832 (LLS)

CIVIL JUDGMENT

For the reasons stated in the January 12, 2026, order, the Court dismisses this action as

frivolous.

SO ORDERED.

Dated:    January 15, 2026
            New York, New York

                /s/ Louis L. Stanton
                   LOUIS L. STANTON
             United States District Judge