UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

Plaintiff,

-against-

PETER CHUWKA OGBUKA, et al.,

Defendants.

25-CV-10832 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this action *pro se*. On January 12, 2026, the Court dismissed the complaint as frivolous, and on the same day, judgment was entered for Defendants. (ECF Nos. 6, 7.) On July 14, 2026, more than six months after judgment was entered in this case, Plaintiff filed an Application for the Court to Request Pro Bono Counsel. (ECF No. 9.)

Because the Court dismissed the complaint as frivolous and because this action is closed, the Court dismisses Plaintiff's motion as moot.

**CONCLUSION**

Plaintiff's Application for the Court to Request Pro Bono Counsel is denied as moot. The Clerk of Court is directed to terminate the motion pending at ECF No. 9.

This case is closed.

SO ORDERED.

Dated: July 25, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.